**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

KATHLEEN CARELLI,                                    : No. 194 WAL 2014
                                                                      :
                                    Petitioner          :
                                                                      : Petition for Allowance of Appeal from the
                                                                      : Order of the Superior Court
                        v.                                          :
                                                                      :
                                                                      :
                                                                      :
ST. CLAIR MEMORIAL HOSPITAL            :
AND/OR DR. ANTHONY SCALDIONE,        :
                                                                      :
                                    Respondents         :

## ORDER

**PER CURIAM**

   **AND NOW**, this 9th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.